Karissa Murphy (SBN 038383)
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-282-1090 Ext. 30132
karissa.murphy@lawhq.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Mancilla,<br><br>Plaintiff,<br><br>v.<br><br>Ultimate Fitness Group, LLC d/b/a Orangetheory Fitness<br><br>Defendant. | No.<br><br>CLASS ACTION COMPLAINT<br><br>Jury Trial Demanded |

### INTRODUCTION

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. American Ass'n of Pol. Consultants*, 591 U.S. 610, 613 (2020).

2. Defendant Ultimate Fitness Group, LLC d/b/a Orangetheory Fitness ("Orangetheory") has contributed to this barrage of telephone spam by initiating illegal text messages to Plaintiff Fernando Mancilla ("Mancilla") and thousands of others like him.

1

3.     Orangetheory has called and texted Mancilla at least 24 times, despite Mancilla repeatedly telling Orangetheory to stop.

4.     To make matters worse, Mancilla registered his phone number on the federal Do Not Call Registry ("DNCR") to stop these types of unsolicited calls and text messages. But Orangetheory does not care.

5.     Orangetheory has already been sued at least eight times for violating the TCPA. But Orangetheory's illegal conduct continues unabated.

6.     Mancilla wants this telephone spam to stop. Many others do as well.

7.     Mancilla brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

## JURISDICTION AND VENUE

8.     This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

9.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this District and Plaintiff resides in this District.

## PARTIES

10.    Plaintiff Fernando Mancilla is a resident of Tucson, Arizona.

11.    Defendant Ultimate Fitness Group, LLC d/b/a Orangetheory Fitness is a Delaware limited liability company with its principal place of business in Boca Raton, Florida.

## FACTUAL ALLEGATIONS

12.    Mancilla is the residential user of the cell phone number 520-850-4278. Mancilla uses this phone number at home. Mancilla makes and receives all his personal

2

calls and text messages on this phone number. This is Mancilla's only phone number. Mancilla does not use this phone number for business.

13. Mancilla was assigned the phone number 520-850-4278, and first started using this number, in 2016.

14. At this time, in 2016, Mancilla registered his phone number 520-850-4278 on the DNCR.

15. After Orangetheory sent its first spam text message to Mancilla on October 11, 2021, Mancilla went again that same day and registered 520-850-4278 on the DNCR to confirm his number was still on the registry.

16. Mancilla never provided his number 520-850-4278 to Orangetheory, never was a customer of Orangetheory, and never gave permission for Orangetheory to send any type of communication.

17. Orangetheory sent text messages to 520-850-4278.

18. Orangetheory made calls to 520-850-4278.

19. Those calls and text messages are as follows:

    i. <u>SMS on October 11, 2021, at 11:22pm UTC from 737-225-8909</u>
There is less than 90 days left in the year, it's time to achieve those fitness goals we have been talking about. Come get ur 6 pack back with Orangetheory! Text me back for more info. Your friend, Clarissa STOPtostop

    ii. <u>SMS on October 12, 2021, at 4:01pm UTC from 737-225-8909</u>
Hey Iyah, Whether it's sexy or scary, you're aiming for this Halloween, Orangetheory is here to make you look and feel great. Get your 6 pack back with this amazing deal. Act now before you run out of time. Text me back for more info…your friend, Clarissa with Orangetheory 🍊 Stoptostop

    iii. <u>SMS on January 30, 2022 at 9:35 pm UTC from 737-881-7754</u>
1 WEEK FREE!! 😱 OTF Tucson Central MISSES you!! Sign up with

        premier or elite TODAY and get 1 week of classes FREE!! 🎉 Get back and BURNING with us 💧 Reply "SPLAT" to get signed up!

    iv.    <u>SMS on March 16, 2022 at 10:51 pm UTC from 737-881-7754</u>
Hi Lyah, it's Trinity with Orangetheory Fitness. I'm new here but I was looking through a list of past members and I saw that you had to cancel your membership. I wanted to send you a personal text because we have a great deal going on this month and you would receive $60 off your premier membership! What are you currently doing for fitness these days

    v.    <u>SMS on April 11, 2022 at 10:48 pm UTC from 737-881-7754</u>
Hi Iyah! This is Chayse with Orangetheory Tucson Central. Could you please send over a picture of your student ID so we can upload it into our system? This guarantees your corporate rate discount off your membership!

    vi.    <u>SMS on April 15, 2022 at 8:15 pm UTC from 737-881-7754</u>
Hi Lyah! This is Chayse with Orangetheory Tucson Central. Could you please send over a picture of your student ID so we can upload it into our system? This guarantees your corporate rate discount off your membership!!

    vii.    <u>SMS on May 10, 2022 at 8:39 pm UTC from 737-881-7727</u>
Thank you so much for being such an important part of our studio, your positive review means so much to me as the Regional Fitness Manager of OTF Tucson. As a thank you I wanted to let you know we have a gift for you at the front desk (car decals) and we added 2 guest passes to your account. Who would you like to give those to? - Megan Davy

    viii.    <u>SMS on October 4, 2022 at 3:55 am UTC from 602-698-1714</u>
Join the Orangetheory Fitness Phoenix family next Saturday the 15th for our VIP party and receive exclusive discounts before our membership rates increase! This is your chance to meet our whole team and experience our community, the first 50 RSVPs will lock in our best deals and rates! Text 'YES' for more info and RSVP today!

ix. <u>SMS on October 4, 2022 at 3:55 pm UTC from 602-698-1714</u>
Thank you so much for being such an important part of our studio, your positive review means so much to me as the Regional Fitness Manager of OTF Tucson. As a thank you I wanted to let you know we have a gift for you at the front desk (car decals) and we added 2 guest passes to your account. Who would you like to give those to? - Megan Davy

x. <u>SMS on March 15, 2023 at 9:16 pm UTC from 737-881-7727</u>
Have you been missing the Orange lights? Have you missed that afterburn feel? 💧 Sign back up today and receive $10 off your monthly dues! Don't miss out, especially with DRI TRI right around the corner! 💍 Reply "YAY" to get set up -Madison @ OTF Tucson Central 🍊

xi. <u>SMS on March 31, 2023 at 1:54 am UTC from 737-881-7727</u>
Have you been missing Orangetheory?? 🍊 OTF Tucson Central has been MISSING YOU!! Let's get ready for summer together! ☀ 😎 If you still have your heart rate monitor, then REJOIN TODAY and get your 2nd month back FREE!! Pool/lake season is right around the corner. Reply "FREE" and let's get it!! Offer ends TONIGHT at 8PM. 💍 🍊

xii. <u>SMS on August 2, 2023 at 10:08 pm UTC from 737-881-7727</u>
We miss YOU!! Rejoin with us at Orangetheory Tucson Central this month to lock in the lowest available rates for the life of your membership! Reply "YES" for more info on how you can snag this exclusive promotion! - Madison at OTF Tucson Central

xiii. <u>Call on September 12, 2023 at 2:00 am UTC from 520-300-9585</u>

xiv. <u>Call on September 14, 2023 at 3:07 pm UTC from 520-300-9585</u>

xv. <u>Call on September 21, 2023 at 9:57 pm UTC from 520-300-9585</u>

xvi. <u>Call on September 22, 2023 at 4:20 pm UTC from 520-300-9585</u>

xvii. <u>Call on September 23, 2023 at 3:21 pm UTC from 520-300-9585</u>

xviii. <u>Call on September 25, 2023 at 10:09 pm UTC from 520-300-9585</u>

xix. <u>SMS on September 30, 2023 at 6:12 pm UTC from 737-881-7727</u>
LAST DAY to get Orangetheory's LOWEST PRICES ever! If you haven't already rejoin, upgrade, or refer to get these rates! Respond "OH YEAH" to get back in the studio today!! -OTF Tucson Central 🍊

xx. <u>SMS on October 12, 2023 at 3:19 pm UTC from 602-842-4893</u>
Hi, this is Monica from Orangetheory Fitness Phoenix-Midtown, I would like to invite you back to our studio and take control of your health and fitness with us! We have a limited time Kickstart promo for founder's rates, $50 off your monthly membership! I want to offer you a welcome back class to see what option would be best for you. Can I get you scheduled for that free class?

xxi. <u>SMS on November 24, 2023 at 2:58 pm UTC from 737-881-7727</u>
IT'S BLACK FRIDAY AT ORANGETHEORY TUCSON CENTRAL! Sign up today and get $50 OFF for the lifetime of your membership. PLUS, the FIRST 5 PEOPLE to join TODAY get a FREE HEART RATE MONITOR (Value $120). Text DEAL to take lock in this offer. Reply STOP to opt-out.

xxii. <u>SMS on February 27, 2024 at 6:18 pm UTC from 737-881-7727</u>
Hi! Orangetheory Fitness Tucson Central wants to offer you a KILLER deal – Join today at $99 and receive a FREE heart rate monitor. We only have 5 spots left – DON'T MISS OUT! Text DEAL to lock in this exclusive offer. Reply STOP to opt-out. 😎

xxiii. <u>SMS on July 24, 2024 at 8:27 pm UTC from 737-881-7727</u>
We miss you at Orangetheory Fitness Tucson Central 🍊 FINAL WEEK TO LOCK IN THE LOWES RATES – Save up to $30 a month on your membership. Text SAVE to hear more! 💧 Text stop to opt out.

xxiv. <u>SMS on July 30, 2024 at 9:33 pm UTC from 737-881-7727</u>
FINAL 2 DAYS TO LOCK IN LOWEST RATES AT ORANGETHEORY 🍊 TUCSON CENTRAL! Join back as a member and save $20-$30 per month 💧 Text SAVE to take advantage of this offer! Reply STOP to opt out.

20. This is a partial log of the calls and text messages from Orangetheory to Mancilla. There are other calls and text messages not documented here.

21. For the calls, a voicemail was left. The voicemails offered discounts and promos to try to sell an Orangetheory membership.

22. On October 12, 2021, at 5:01pm UTC, Mancilla responded "Stop" to 737-225-8909.

23. But despite this stop request, Orangetheory continued to make telephone solicitations to Mancilla.

24. Then again on September 26, 2023, at 1:20 pm UTC, Mancilla responded "Stop" to 737-881-7727.

25. But again, despite this stop request, Orangetheory continued to make telephone solicitations to Mancilla.

26. Orangetheory has not instituted procedures for maintaining a list of persons who request not to receive telemarketing as evidenced by Orangetheory's calls and text messages to Mancilla after he asked Orangetheory to stop.

27. The purpose of Orangetheory's text messages was to sell goods and services, namely Orangetheory's gym membership.

28. Some of the text messages referenced Iyah and Lyah. Mancilla does not go by these names nor does he know anybody who does.

29. Orangetheory's text messages are a nuisance and annoyance to Mancilla. The text messages have invaded Mancilla's privacy. The spam has diminished the value of Mancilla's phone and Mancilla's enjoyment of life.

30. The text messages were especially intrusive, frustrating, and annoying to Mancilla because Orangetheory continued to change the numbers from which it contacted him. These deceptive practices prevented Mancilla from opting out or making a do-not-call request. By doing so, Orangetheory knowingly violated the TCPA.

# LEGAL STANDARD

31. **Internal Do Not Call Procedures.** "No person or entity shall initiate… any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive such calls." 47 C.F.R. § 64.1200(d). Telemarketers "must honor a residential subscriber's do-not-call request." *Id.* at 64.1200(d)(3).

32. **Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the DNCR. 47 C.F.R. § 64.1200(c). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2).

33. **Application to Text Message**. The rules set forth in paragraph (c) and (d) of [47 C.F.R. § 64.1200] are applicable to any person or entity making telephone solicitations or telemarketing calls or text messages to wireless telephone numbers." 47 C.F.R. § 64.1200(e).

# CLASS ACTION ALLEGATIONS

34. Pursuant to Federal Rule of Civil Procedure 23(b)(3), Mancilla brings this action on behalf of all other persons similarly situated throughout the United States.

35. Mancilla seeks to represent the following Classes:

> **The Do Not Call Class.** All persons in the United States (1) who are not current or former customers of Orangetheory, (2) and who within any 12-month period between November 26, 2020, through the date of class certification, (3) received more than one telemarketing call or text message by or on behalf of Orangetheory, (4) to their residential telephone number, (5) more than 30 days after making a do-not-call request.

8

**The DNCR Class.** All persons in the United States (1) who are not current or former customers of Orangetheory, (2) and who registered their residential telephone number on the National Do Not Call Registry, (3) but thereafter received more than one telemarketing call or text message by or on behalf of Orangetheory, (4) within any 12-month period between November 26, 2020, through the date of class certification.

36. Mancilla does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

37. Class members are identifiable through phone records and phone number databases.

38. There are questions of law and fact common to Mancilla and the class, including but not limited to:

   i. Whether Orangetheory instituted the requisite internal do not call procedures.
   
   ii. Whether Orangetheory's calls and text messages constitute telemarketing.
   
   iii. Whether Mancilla and class members are entitled to statutory damages, treble damages, and injunctive relief.

39. Mancilla's claims are typical of the claims of the class members. Mancilla's claims, like the class members' claims, arise out of the same common course of conduct by Orangetheory and are based on the same legal and remedial theories.

40. Mancilla is an adequate representative of the class because Mancilla's interests do not conflict with the interests of the class members, Mancilla will fairly and adequately protect the interests of the class members, and Mancilla is represented by counsel skilled and experienced in class actions, including TCPA class actions.

41. Common questions of law and fact predominate over questions affecting only individual class members.

42. Management of these claims is likely to present significantly fewer difficulties than are presented in many class actions because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

43. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

### FIRST CAUSE OF ACTION
### Failure To Implement Telemarketing Procedures
### (On Behalf of Mancilla and The Do Not Call Class)

44. Orangetheory violated 47 C.F.R. § 64.1200(d) by initiating, or causing to be initiated, calls to Mancilla and members of the Do Not Call Class without first instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

45. Mancilla and members of the Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each call after making a stop request. 47 U.S.C. § 227(c)(5).

46. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

### SECOND CAUSE OF ACTION
### Illegal Solicitation of Persons on the DNCR
### (On Behalf of Mancilla and the DNCR Class)

47. Orangetheory violated 47 C.F.R. § 64.1200(c)(2) by initiating, or causing to be initiated, telephone solicitations to Mancilla and members of the DNCR Class while their phone numbers were on the DNCR.

10

48. Mancilla and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

49. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

## RELIEF REQUESTED

Mancilla respectfully requests the Court grant the following relief:

A. Certification of the proposed Classes;

B. Appointment of Mancilla as class representative;

C. Appointment of the undersigned as lead counsel for the Classes;

D. An award of damages to Mancilla and class members, as allowed by law;

E. An award of fees, costs, and interest, as allowed by law;

F. Injunctive relief, as allowed by law; and

G. Orders granting such other relief as this Court deems necessary, just, and proper.

## JURY DEMAND

Mancilla requests a jury trial as to all claims of the Complaint so triable.

DATED November 25, 2024

Respectfully submitted,

*/s/ Karissa Murphy*
Karissa Murphy

*Attorney for Plaintiff*