Karissa Murphy (SBN 038383)
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
385-440-4123
karissa.murphy@thehqfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Mancilla,<br><br>             Plaintiff,<br><br>      v.<br><br>Ultimate Fitness Group, LLC, d/b/a Orangetheory Fitness, Austin Fitness Group, LLC, and Lucky7th LLC,<br><br>             Defendants. | No. CV-24-00568-TUC-RM (JR)<br><br>FIRST AMENDED CLASS ACTION COMPLAINT<br><br>Jury Trial Demanded |

**INTRODUCTION**

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff Fernando Mancilla files this amended complaint as a matter of course.

1.      As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. American Ass'n of Pol. Consultants*, 591 U.S. 610, 613 (2020).

1

2. Defendants—each a franchisor or franchisee of Orangetheory Fitness— have contributed to this barrage of telephone spam by initiating illegal text messages to Plaintiff Fernando Mancilla ("Mancilla") and thousands of others like him.

3. Defendants have called and texted Mancilla at least 25 times, despite Mancilla repeatedly asking them to stop.

4. To make matters worse, Mancilla registered his phone number on the National Do Not Call Registry to stop these types of unsolicited calls and text messages. But Defendants do not care.

5. Defendants have already been sued at least ten other times for violating the TCPA.[1] Yet Defendants' illegal conduct continues unabated.

6. Mancilla wants this telephone spam to stop. Others do as well. Therefore, Mancilla brings this action individually, and on behalf of putative class members.

**JURISDICTION AND VENUE**

7. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this District and Plaintiff resides in this District.

---

[1] *Montez v. Ultimate Fitness Grp., LLC*, No. 5:25-cv-01375 (N.D. Cal. Feb. 10, 2025); *Farias v. Austin Fitness Grp.*, LLC, No. 1:24-cv-01062 (W.D. Tex. Nov. 21, 2024); *Gill v. OT Growth Partners LLC et al.*, No. 2:22-cv-00192 (E.D. Wis. Aug. 12, 2022); *Simon v. Ultimate Fitness Grp., LLC* et al., No. 1:19-cv-00890 (S.D.N.Y. Sep. 10, 2020); *Secure v. Ultimate Fitness Grp., LLC*, No. 1:18-cv-20483 (S.D. Fla. Mar. 18, 2019); *Cline v. Ultimate Fitness Grp., LLC*, No. 6:18-cv-00771 (M.D. Fla. Feb. 28, 2019); *Huff v. Ultimate Fitness Grp., LLC*, No. 9:18-cv-81369 (S.D. Fla. Jan. 22, 2019); *Cline v. Ultimate Fitness Grp., LLC*, No. 8:18-cv-00602 (M.D. Fla. May 18, 2018); *Cline v. Ultimate Fitness Grp., LLC*, No. 9:17-cv-81364 (S.D. Fla. Feb. 16, 2018); *Lopez v. Ultimate Fitness Grp., LLC*, No. 6:16-cv-02209 (M.D. Fla. Feb. 21, 2017).

## PARTIES

9.      Plaintiff Fernando Mancilla is a resident of Tucson, Arizona.

10.     Defendant Ultimate Fitness Group, LLC d/b/a Orangetheory Fitness ("OTF Corporate") is the franchisor of Orangetheory. It is a Delaware limited liability company with its principal place of business in Boca Raton, Florida.

11.     Austin Fitness Group, LLC is a franchisee with 133 studios nationwide. It owns and operates all four Orangetheory studios in Tucson, Arizona. It is a Delaware limited liability company with its principal place of business in Austin, Texas.

12.     Lucky7th, LLC is a franchisee that owns and operates the Phoenix-Midtown studio in Arizona. It is an Arizona limited company with its principal place of business in Phoenix, Arizona.

## FACTUAL ALLEGATIONS

### The Text Messages and Calls

13.     Mancilla is the user of the cell phone number 520-850-4278.

14.     Defendants texted and called Mancilla at least 25 times between October 11, 2021, and July 30, 2024. Mancilla twice told Defendants to "Stop" on October 12, 2021, and September 26, 2023. Those text messages and calls are as follows:

i.      <u>SMS on October 11, 2021, at 11:22pm UTC from 737-225-8909</u>
There is less than 90 days left in the year, it's time to achieve those fitness goals we have been talking about. Come get ur 6 pack back with Orangetheory! Text me back for more info. Your friend, Clarissa STOPtostop

ii.     <u>SMS on October 12, 2021, at 4:01pm UTC from 737-225-8909</u>
Hey Iyah, Whether it's sexy or scary, you're aiming for this Halloween, Orangetheory is here to make you look and feel great. Get your 6 pack back with this amazing deal. Act now before you run out of time. Text me back for more info…your friend, Clarissa with Orangetheory ⭘ Stoptostop

🔴 (October 12, 2021 Mancilla responded "Stop" to 737-225-8909)

3

iii.    <u>SMS on October 12, 2021, at 5:01pm UTC from 737-225-8909</u>
You will no longer receive msgs from Austin Fitness Group. Reply START to resume, HELP for help.

iv.    <u>SMS on January 30, 2022 at 9:35 pm UTC from 737-881-7754</u>
1 WEEK FREE!! 😵 OTF Tucson Central MISSES you!! Sign up with premier or elite TODAY and get 1 week of classes FREE!! 🎉 Get back and BURNING with us 🔴 Reply "SPLAT" to get signed up!

v.    <u>SMS on March 16, 2022 at 10:51 pm UTC from 737-881-7754</u>
Hi Lyah, it's Trinity with Orangetheory Fitness. I'm new here but I was looking through a list of past members and I saw that you had to cancel your membership. I wanted to send you a personal text because we have a great deal going on this month and you would receive $60 off your premier membership! What are you currently doing for fitness these days

vi.    <u>SMS on April 11, 2022 at 10:48 pm UTC from 737-881-7754</u>
Hi Iyah! This is Chayse with Orangetheory Tucson Central. Could you please send over a picture of your student ID so we can upload it into our system? This guarantees your corporate rate discount off your membership!

vii.    <u>SMS on April 15, 2022 at 8:15 pm UTC from 737-881-7754</u>
Hi Lyah! This is Chayse with Orangetheory Tucson Central. Could you please send over a picture of your student ID so we can upload it into our system? This guarantees your corporate rate discount off your membership!!

viii.    <u>SMS on May 10, 2022 at 8:39 pm UTC from 737-881-7727</u>
Thank you so much for being such an important part of our studio, your positive review means so much to me as the Regional Fitness Manager of OTF Tucson. As a thank you I wanted to let you know we have a gift for you at the front desk (car decals) and we added 2 guest passes to your account. Who would you like to give those to? - Megan Davy

ix.    <u>SMS on October 4, 2022 at 3:55 pm UTC from 602-698-1714</u>
Join the Orangetheory Fitness Phoenix family next Saturday the 15th for our VIP party and receive exclusive discounts before our membership rates increase! This is your chance to meet our whole team and experience our community, the first 50 RSVPs will lock in our best deals and rates! Text 'YES' for more info and RSVP today!

x. <u>SMS on March 15, 2023 at 9:16 pm UTC from 737-881-7727</u>
Have you been missing the Orange lights? Have you missed that afterburn feel? 💧 Sign back up today and receive $10 off your monthly dues! Don't miss out, especially with DRI TRI right around the corner! 💪 Reply "YAY" to get set up -Madison @ OTF Tucson Central 🔄

xi. <u>SMS on March 31, 2023 at 1:54 am UTC from 737-881-7727</u>
Have you been missing Orangetheory?? 🔄 OTF Tucson Central has been MISSING YOU!! Let's get ready for summer together! ☀ 😎 If you still have your heart rate monitor, then REJOIN TODAY and get your 2nd month back FREE!! Pool/lake season is right around the corner. Reply "FREE" and let's get it!! Offer ends TONIGHT at 8PM. 💪 🔄

xii. <u>SMS on August 2, 2023 at 10:08 pm UTC from 737-881-7727</u>
We miss YOU!! Rejoin with us at Orangetheory Tucson Central this month to lock in the lowest available rates for the life of your membership! Reply "YES" for more info on how you can snag this exclusive promotion! - Madison at OTF Tucson Central

xiii. <u>Call on August 31, 2023 at 10:28 pm UTC from 520-300-9585</u>
Voicemail left: Hi this is Paige Fine with Orangetheory Fitness Tucson Central. There's one day left to claim the lowest rate to become an OTF member. Again, give me a call back at 520-300-9585.

xiv. <u>Call on September 12, 2023 at 2:00 am UTC from 520-300-9585</u>

xv. <u>Call on September 14, 2023 at 3:07 pm UTC from 520-300-9585</u>

xvi. <u>Call on September 21, 2023 at 9:57 pm UTC from 520-300-9585</u>

xvii. <u>Call on September 22, 2023 at 4:20 pm UTC from 520-300-9585</u>

xviii. <u>Call on September 23, 2023 at 3:21 pm UTC from 520-300-9585</u>

xix. <u>Call on September 25, 2023 at 10:09 pm UTC from 520-300-9585</u>

🔴 (October 12, 2021 Mancilla responded "Stop" to 737-881-7727)

5

xx.    <u>SMS on September 30, 2023 at 6:12 pm UTC from 737-881-7727</u>
LAST DAY to get Orangetheory's LOWEST PRICES ever! If you haven't already rejoin, upgrade, or refer to get these rates! Respond "OH YEAH" to get back in the studio today!! -OTF Tucson Central ⏏

xxi.    <u>SMS on October 12, 2023 at 3:19 pm UTC from 602-842-4893</u>
Hi, this is Monica from Orangetheory Fitness Phoenix-Midtown, I would like to invite you back to our studio and take control of your health and fitness with us! We have a limited time Kickstart promo for founder's rates, $50 off your monthly membership! I want to offer you a welcome back class to see what option would be best for you. Can I get you scheduled for that free class?

xxii.    <u>SMS on November 24, 2023 at 2:58 pm UTC from 737-881-7727</u>
IT'S BLACK FRIDAY AT ORANGETHEORY TUCSON CENTRAL! Sign up today and get $50 OFF for the lifetime of your membership. PLUS, the FIRST 5 PEOPLE to join TODAY get a FREE HEART RATE MONITOR (Value $120). Text DEAL to take lock in this offer. Reply STOP to opt-out.

xxiii.    <u>SMS on February 27, 2024 at 6:18 pm UTC from 737-881-7727</u>
Hi! Orangetheory Fitness Tucson Central wants to offer you a KILLER deal – Join today at $99 and receive a FREE heart rate monitor. We only have 5 spots left – DON'T MISS OUT! Text DEAL to lock in this exclusive offer. Reply STOP to opt-out. 😎

xxiv.    <u>SMS on July 24, 2024 at 8:27 pm UTC from 737-881-7727</u>
We miss you at Orangetheory Fitness Tucson Central ⏏ FINAL WEEK TO LOCK IN THE LOWES RATES – Save up to $30 a month on your membership. Text SAVE to hear more! 💧 Text stop to opt out.

xxv.    <u>SMS on July 30, 2024 at 9:33 pm UTC from 737-881-7727</u>
FINAL 2 DAYS TO LOCK IN LOWEST RATES AT ORANGETHEORY ⏏ TUCSON CENTRAL! Join back as a member and save $20-$30 per month 💧 Text SAVE to take advantage of this offer! Reply STOP to opt out.

### **<u>Who Initiated the Text Messages and Calls</u>**

15.    These text messages and calls all promoted Orangetheory Fitness.

*Texts and Calls Made by Austin Fitness Group*

16.    Austin Fitness Group undoubtedly sent the messages from 737-225-8909. First, area code 737 is from Austin, TX, which is where Austin Fitness Group has its principal place of business. Second, and most importantly, after responding "Stop" to 737-225-8909, Mancilla received an automated response back that said "You will no longer receive msgs from Austin Fitness Group."

17.    Austin Fitness Group likely sent most of the messages from 737-881-7727. First, area code 737 is from Austin, TX, which is where Austin Fitness Group has its principal place of business. Second, these messages reference Orangetheory Tucson, which is owned by Austin Fitness Group.

18.    Austin Fitness Group most likely made the calls from 520-300-9585. This is the phone number for the Orangetheory Fitness Tucson Central fitness studio, which is owned by Austin Fitness Group.

*Texts Sent by Lucky7th*

19.    Lucky7th most likely sent the text message from 602-698-1714. This is the phone number for the Orangetheory Fitness Phoenix-Midtown fitness studio, which is owned by Lucky7th.

20.    Lucky7th most likely sent the text message from 602-842-4893. The text message says it is from Orangetheory Fitness Phoenix-Midtown, which is owned by Lucky 7th.

*Texts Sent by OTF Corporate*

21.    OTF Corporate most likely sent the four text messages from 737-881-7727 between November 23, 2023, and July 30, 2024. This reasonable inference is based on the following facts.

7

22.    First, in 2023, OTF Corporate partnered with the company Outliant to "overhaul their digital platform, modernize their tech infrastructure, and enhance their user experience." *See* Orangetheory Fitness, Growth Through Digital Transformation, https://www.outliant.com/case-studies/orangetheory (last visited March 28, 2025).

23.    Second, the result of this overhaul was that OTF Corporate streamlined its entire lead management and technology backend across all Orangetheory Fitness studios. *See* How Orangetheory Fitness shipped apps to 1600 franchise studios across the world, https://try.retool.com/orangetheory-ships-apps (last visited March 28, 2025).

24.    Third, on or around September 25, 2023, OTF Corporate posted on its website for the first time "Text Messaging Terms and Conditions." *See* Orangetheory Fitness Text Messaging Terms and Conditions, https://www.orangetheory.com/en-us/sms-terms-of-service (last visited March 28, 2025). Per the website archive.org, September 25, 2023 was the first time these Text Messaging Terms and Conditions was seen on OTF Corporate's website. *See* https://web.archive.org/web/20230715000000*/https://www.orangetheory.com/en-us/sms-terms-of-service (last visited March 28, 2025).

25.    Fourth, none of the text messages that Mancilla received prior ever said "STOP to opt out" or contained similar language. But the last four text messages that Mancilla received from 737-881-7727 between November 23, 2023, and July 30, 2024, all say "STOP to opt out." This indicates that somebody new was sending the messages and that it was no longer Austin Fitness Group sending them.

26.    Fifth, the four text messages between November 2023 and July 2024 all promoted the Orangetheory Tucson Central location. A review of the Orangetheory Fitness Tucson Central facebook page says that "Ultimate Fitness Group, LLC is

responsible for this Page." *See* https://www.facebook.com/orangetheorytucsoncentral, (last visited March 28, 2025).

27.    This all indicates that in the second half of 2023, OTF Corporate updated its technology and operations to run the marketing and SMS for its franchisees.

*Vicarious Liability of OTF Corporate*

28.    In addition to directly sending the last four text messages from 737-881-7727, OTF Corporate also exercised control over the messages and calls made by its franchisees.

29.    OTF Corporate enters into contracts with each of its franchisees.

30.    Attached as Exhibit A is the standard 2024 contract OTF Corporate uses with its franchises.

31.    Pursuant to this contract, OTF Corporate controls the conduct, marketing practices, and procedures of its franchisees in the following ways:

  i.    OTF Corporate directs each franchisee to spend either 2% of its gross monthly sales, or $2,500 per month on "paid hyperlocal advertising." (Exhibit A, pg. 28);

  ii.    OTF Corporate directs that a franchisee "must obtain our written approval of all advertising and promotional plans, materials, and marketing assets before their use. You will submit all unapproved plans, materials, and assets to us. If you do not receive written approval within 30 days of our receipt of such items, we will be deemed to have disapproved the items." (Exhibit A, pg. 29);

  iii.    OTF Corporate "will have the final decision on all creative development of advertising and promotional messages." (Exhibit A, pg. 29);

iv.     OTF Corporate directs that each franchisee utilizes the technology system that it specifies for entering and managing customer's contact information. (Exhibit A, pg. 31);

v.     OTF Corporate provides training on "sales, marketing and business policies" to franchisees. (Exhibit A, pg. 37);

32.     On information and belief, OTF Corporate has the same or substantially similar franchise contract with all its franchisees.

33.     In addition to exercising control over its franchisees' telemarketing, OTF Corporate has been aware of the illegal telemarketing practices of its franchisees but has done nothing to stop it. *See e.g., Farias v. Austin Fitness Grp.*, LLC, No. 1:24-cv-01062 (W.D. Tex. Nov. 21, 2024); *Gill v. OT Growth Partners LLC et al.*, No. 2:22-cv-00192 (E.D. Wis. Aug. 12, 2022); *Simon v. Ultimate Fitness Grp., LLC* et al., No. 1:19-cv-00890 (S.D.N.Y. Sept. 10, 2020).

34.     OTF Corporate is liable for the calls and text messages made by its franchisees because:

i.     OTF Corporate directly benefited from the calls and text messages;

ii.     OTF Corporate had actual authority over the telemarketing campaigns and promotional plans;

iii.     OTF Corporate knew of the marketing campaigns and promotional plans of its franchisees and provided approval for each franchisee to carry out those plans;

iv.     OTF Corporate ratified the illegal conduct of its franchisees by knowingly accepting a percentage of their gross monthly sales generated in part by their illegal outreach;

v.  OTF Corporate failed to take effective action to end the violations of its franchisees.

### The Text Messages Were Targeted to Arizona

35.  Each Defendant intentionally directed text messages toward Arizona, knowing and intending that the messages would reach Mancilla within Arizona and cause effects specifically in Arizona.

36.  The text messages specifically referenced Orangetheory Fitness locations in Tucson and Phoenix—locations geographically proximate to Mancilla's residence. Defendants intentionally limited references exclusively to these Arizona locations, demonstrating purposeful targeting and express aiming of their marketing activities at Arizona residents.

37.  By sending these geographically specific messages, Defendants purposefully availed themselves of the privilege of conducting business within Arizona. Defendants intended and anticipated that Mancilla would rely upon these communications and purchase an Orangetheory Fitness membership at one of the targeted Arizona locations. Defendants thus placed these communications into the stream of commerce with the clear expectation that they would influence consumer behavior specifically within the forum state.

### Mancilla's Cell Phone 520-850-4278

38.  Mancilla is the residential user of the cell phone number 520-850-4278. Mancilla uses this phone number at home. Mancilla makes and receives all his personal calls and text messages on this phone number. This is Mancilla's only phone number. Mancilla does not use this phone number for business.

39.  Mancilla was assigned the phone number 520-850-4278 from his carrier, and first started using this number, in 2016.

40.    At this time, in 2016, Mancilla registered his phone number 520-850-4278 on the National Do Not Call Registry ("NDNC").

41.    After Defendants spammed Mancilla on October 11, 2021, he went that same day and again submitted his number on the NDNC to confirm his registration.

42.    On March 28, 2022, Mancilla again registered his number on the NDNC.

*Mancilla's Injury and Invasion of Privacy*

43.    Despite confirming his registration on the NDNC multiple times, Defendants spammed Mancilla from at least October 11, 2021 to July 30, 2024.

44.    Mancilla never provided his number 520-850-4278 to Defendants, was never a customer of Defendants, and never gave permission for Defendants to send any type of communication.

45.    Some of the text messages referenced Iyah and Lyah. Mancilla does not go by these names nor does he know anybody who does.

46.    Further, Mancilla twice told Defendants to "Stop" on October 12, 2021, and September 26, 2023. Despite these stop requests, Defendants continued to make telephone solicitations to Mancilla.

47.    Mancilla understood and expected that his stop requests would opt him out of all text messages from Orangetheory—regardless of any specific franchisee to whom he sent the stop request.

48.    Defendants had no reason or justification to continue spamming Mancilla.

49.    Defendants have not instituted procedures for maintaining a list of persons who request not to receive telemarketing as evidenced by Defendants' calls and text messages to Mancilla after he asked them to stop multiple times.

50.     OTF Corporate is particularly liable for failing to implement a franchise-wide Internal Do Not Call list ("IDNC") to which all its franchisees could report stop requests.

51.     Defendants' text messages are a nuisance and annoyance to Mancilla. The text messages have invaded Mancilla's privacy. The spam has diminished the value of Mancilla's phone and Mancilla's enjoyment of life.

**LEGAL STANDARD**

52.     **Internal Do Not Call List (IDNC).** "No person or entity shall initiate… any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive such calls." 47 C.F.R. § 64.1200(d). Telemarketers "must honor a residential subscriber's do-not-call request." *Id.* at 64.1200(d)(3). "[A] residential subscriber's do-not-call request shall apply. . . to affiliated entities. . . [if] the consumer reasonably would expect them to be included given the identification of the caller and (for telemarketing calls) the product being advertised." *Id.* at 64.1200(d)(5).

53.     **National Do Not Call Registry (NDNC)**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the DNCR. 47 C.F.R. § 64.1200(c). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2).

54.     **Application to Text Message**. The rules set forth in paragraph (c) and (d) of [47 C.F.R. § 64.1200] are applicable to any person or entity making telephone solicitations or telemarketing calls or text messages to wireless telephone numbers." 47 C.F.R. § 64.1200(e).

13

55. **Vicarious Liability.** A defendant is vicariously liable for violations of the TCPA where common law principles of agency would impose it. *Jones v. Royal Admin. Servs., Inc.*, 887 F.3d 443, 448 (9th Cir. 2018). "Agency is the fiduciary relationship that arises when one person (a 'principal') manifests assent to another person (an 'agent') that the agent shall act on the principal's behalf and subject to the principal's control, and the agent manifests assent or otherwise consents so to act." *Mavrix Photographs, LLC v. LiveJournal, Inc.*, 873 F.3d 1045, 1054 (9th Cir. 2017) (as amended) (quoting Restatement (Third) of Agency § 1.01 (Am. Law Inst. 2006)). "For an agency relationship to exist, an agent must have authority to act on behalf of the principal and '[t]he person represented [must have] a right to control the actions of the agent.'" *Id.* (quoting Restatement (Third) of Agency § 1.01 cmt. c).

## CLASS ACTION ALLEGATIONS

56. Pursuant to Federal Rule of Civil Procedure 23(b)(3), Mancilla brings this action on behalf of all other persons similarly situated throughout the United States.

57. Mancilla seeks to represent the following Classes and subclasses:

> **The IDNC Class.**
> All persons in the United States (1) who within any 12-month period between November 26, 2020, through the date of class certification, (2) received more than one call or text message initiated or caused to be initiated by OTF Corporate or its franchisees, (3) after making a do-not-call request to OTF Corporate or its franchisees.

> **The IDNC Austin Fitness Group Subclass.**
> All persons in the United States (1) who within any 12-month period between November 26, 2020, through the date of class certification, (2) received more than one call or text message initiated or caused to be initiated by Austin Fitness Group, (3) after making a do-not-call request to OTF Corporate or its franchisees.

**The IDNC Lucky7th Subclass.**
All persons in the United States (1) who within any 12-month period between November 26, 2020, through the date of class certification, (2) received more than one call or text message initiated or caused to be initiated by Lucky7th, (3) after making a do-not-call request to OTF Corporate or its franchisees.

**The NDNC Class.**
All persons in the United States (1) who are not current or former Orangetheory Fitness customers, (2) who within any 12-month period between November 26, 2020, through the date of class certification, (3) received more than one call or text message initiated or caused to be initiated by OTF Corporate or its franchisees, (4) while their phone numbers were registered on the National Do Not Call Registry.

**The NDNC Austin Fitness Group Subclass.**
All persons in the United States (1) who are not current or former Orangetheory Fitness customers, (2) who within any 12-month period between November 26, 2020, through the date of class certification, (3) received more than one call or text message initiated or caused to be initiated by Austin Fitness Group, (4) while their phone numbers were registered on the National Do Not Call Registry.

**The NDNC Lucky7th Subclass.**
All persons in the United States (1) who are not current or former Orangetheory Fitness customers, (2) who within any 12-month period between November 26, 2020, through the date of class certification, (3) received more than one call or text message initiated or caused to be initiated by Lucky7th, (4) while their phone numbers were registered on the National Do Not Call Registry.

58. Mancilla does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

59. Class members are identifiable through phone records and phone number databases.

15

60.    There are questions of law and fact common to Mancilla and the class, including but not limited to:

    i.  Whether Defendants instituted the requisite internal do not call procedures.

    ii.  Whether OTF Corporate is vicariously liable for the text messages and calls made by its franchisees.

    iii.  Whether the calls and text messages constitute telemarketing.

    iv.  Whether Mancilla and class members are entitled to statutory damages, treble damages, and injunctive relief.

61.    Mancilla's claims are typical of the claims of the class members. Mancilla's claims, like the class members' claims, arise out of the same common course of conduct by OTF Corporate and its franchisees, and are based on the same legal and remedial theories.

62.    Mancilla is an adequate representative of the class because Mancilla's interests do not conflict with the interests of the class members, Mancilla will fairly and adequately protect the interests of the class members, and Mancilla is represented by counsel skilled and experienced in class actions, including TCPA class actions.

63.    Common questions of law and fact predominate over questions affecting only individual class members.

64.    Management of these claims is likely to present significantly fewer difficulties than are presented in many class actions because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for

small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

65.    The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

**FIRST CAUSE OF ACTION**
**Failure To Implement Telemarketing Procedures**
**(On Behalf of Mancilla and the IDNC Class)**

66.    OTF Corporate violated 47 C.F.R. § 64.1200(d) by initiating, or causing to be initiated, calls and text messages to Mancilla and members of the IDNC Class without instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

67.    OTF Corporate is also vicariously liable for the calls and text messages its franchisees sent to Mancilla and members of the IDNC Class without instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

68.    Mancilla and members of the IDNC Class have been damaged and are entitled to an award of $500 in statutory damages for each call after making a stop request. 47 U.S.C. § 227(c)(5).

69.    The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

**SECOND CAUSE OF ACTION**
**Failure to Implement Telemarketing Procedures**
**(On Behalf of Mancilla and the IDNC Austin Fitness Group Subclass)**

70.    Austin Fitness Group violated 47 C.F.R. § 64.1200(d) by initiating, or causing to be initiated, calls to Mancilla and members of the IDNC Austin Fitness Group Subclass without instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

71. Mancilla and members of the IDNC Austin Fitness Group Subclass have been damaged and are entitled to an award of $500 in statutory damages for each call after making a stop request. 47 U.S.C. § 227(c)(5).

72. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

**THIRD CAUSE OF ACTION**
**Failure to Implement Telemarketing Procedures**
**(On Behalf of Mancilla and the IDNC Lucky7th Subclass)**

73. Lucky 7th violated 47 C.F.R. § 64.1200(d) by initiating, or causing to be initiated, calls to Mancilla and members of the IDNC Lucky7th Subclass without instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

74. Mancilla and members of the IDNC Lucky7th Subclass have been damaged and are entitled to an award of $500 in statutory damages for each call after making a stop request. 47 U.S.C. § 227(c)(5).

75. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

**FOURTH CAUSE OF ACTION**
**Illegal Solicitation of Persons on the NDNC**
**(On Behalf of Mancilla and the NDNC Class)**

76. OTF Corporate violated 47 C.F.R. § 64.1200(c)(2) by initiating, or causing to be initiated, telephone solicitations to Mancilla and members of the NDNC Class while their phone numbers were on the NDNC.

77. OTF Corporate is also vicariously liable for the calls and text messages its franchisees sent to Mancilla and members of the NDNC Class while their phone numbers were on the NDNC.

78. Mancilla and members of the NDNC Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

79. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

**FIFTH CAUSE OF ACTION**
**Illegal Solicitation of Persons on the NDNC**
**(On Behalf of Mancilla and the NDNC Austin Fitness Group Subclass)**

80. Austin Fitness Group violated 47 C.F.R. § 64.1200(c)(2) by initiating, or causing to be initiated, telephone solicitations to Mancilla and members of the NDNC Austin Fitness Group Subclass while their phone numbers were on the NDNC.

81. Mancilla and members of the NDNC Austin Fitness Group Subclass have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

82. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

**SIXTH CAUSE OF ACTION**
**Illegal Solicitation of Persons on the NDNC**
**(On Behalf of Mancilla and the NDNC Lucky7th Subclass)**

83. Lucky 7th violated 47 C.F.R. § 64.1200(c)(2) by initiating, or causing to be initiated, telephone solicitations to Mancilla and members of the NDNC Lucky7th Subclass while their phone numbers were on the NDNC.

84. Mancilla and members of the NDNC Lucky7th Subclass have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

85. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

**RELIEF REQUESTED**

Mancilla respectfully requests the Court grant the following relief:

A.   Certification of the proposed Classes and Subclasses;

B.   Appointment of Mancilla as class representative;

C.   Appointment of the undersigned as lead counsel for the Classes;

D.   An award of damages to Mancilla and class members, as allowed by law;

E.   An award of fees, costs, and interest, as allowed by law;

F.   Injunctive relief, as allowed by law; and

G.   Orders granting such other relief as this Court deems necessary, just, and proper.

**JURY DEMAND**

Mancilla requests a jury trial as to all claims of the Complaint so triable.

DATED March 28, 2025

Respectfully submitted,

*/s/ Karissa Murphy*
Karissa Murphy

*Attorney for Plaintiff*

20