**KELLEY DRYE & WARREN LLP**
Kenneth O. Corley (SBN 024285)
515 Post Oak Blvd., Suite 900
Houston, TX 77027
Telephone: (713) 355-5006
Facsimile: (713) 355-5001
kcorley@kelleydrye.com

Becca J. Wahlquist (*pro hac vice forthcoming*)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213)547-4901
bwahlquist@kelleydrye.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Mancilla,<br><br>                    Plaintiff,<br><br>    v.<br><br>Ultimate Fitness Group, LLC d/b/a Orangetheory Fitness, Austin Fitness Group, LLC, and Lucky7th LLC,<br><br>                    Defendants. | Case No. CV-24-00568-TUC-RM (JR)<br><br>Assigned to Hon. Rosemary Márquez<br><br>**DECLARATION OF DAVID CARNEY IN SUPPORT OF ULTIMATE FITNESS GROUP, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Motion to Dismiss FAC pursuant to Rule 12(b)(2) filed concurrently]** |

CASE NO. CV-24-00568-TUC-RM (JR)

DECLARATION IN SUPPORT OF RULE 12(B)(2) MOTION TO DISMISS FAC

I, David Carney, hereby declare as follows:

1.    I am over the age of eighteen, I am competent to provide the testimony in this Declaration, and I have personal knowledge of the matters contained herein.  If called to testify, I could and would testify to the following facts.

2.    I am a citizen and resident of the State of Florida, residing in Tampa and in Boca Raton, Florida.

3.    I have worked for Ultimate Fitness Group, LLC ("UFG") for over 10 years. I am currently employed as President Emeritus of UFG, a position I have held since January 2023.  Before this current position, I acted as President of UFG between July 2018 and January 2023.  Further, I was Chief Operation Officer of UFG between September 2014 and June 2018.

4.    Several weeks ago, I provided a sworn declaration in support of UFG's Motion to Dismiss Plaintiff's original complaint, explaining in that sworn declaration that UFG did not place any calls or texts to Plaintiff's phone number (or direct anyone to do so) and that UFG is not at home in Arizona.

5.    This amended declaration repeats the jurisdictional facts attested to in my prior declaration and adds several new sworn facts to address the false "reasonable inferences" alleged by Plaintiff in the First Amended Complaint ("FAC"), paragraphs 21–27.

6.    As I previously attested, I work at UFG's principal place of business, located at 6000 Broken Sound Pkwy NW Suite 200, Boca Raton, Florida 33487.

7.    UFG, a global franchisor of Orangetheory-brand fitness studios, is a Delaware limited liability company with over 1,500 franchises worldwide, including over 1,200 in the United States.

8.    Like other global franchising operations (*i.e.,* Marriott Hotels or RE/MAX), UFG and its affiliate OTF Franchisor, LLC, primarily contract with independently owned and operated franchisees who pay for the right to use the Orangetheory® brand name in conjunction with their own studio location(s) (*i.e.,* "Orangetheory Midtown Phoenix"), to

1

create name recognition for their business and to advertise that they are licensed to use the trademarked Orangetheory® fitness method.

9.    The Orangetheory® method involves heart-rate-monitored, group workouts designed to stimulate metabolism and increase energy output, with a focus on reaching the "Orange Zone" for at least 12 minutes during each workout.

10.    UFG does not own or operate any Orangetheory-brand studios in Arizona.

11.    While two UFG employees focused on international franchising do reside in Arizona, UFG does not have an office in Arizona, does not own, lease, or have any interest in real property in Arizona, and is not registered to do business in Arizona.

12.    And while there are various UFG franchisees operating in Arizona under franchise agreements with UFG, UFG does not control or operate the independent businesses of those franchisees.

13.    Instead, each of the 36 Orangetheory® franchises in Arizona is independently owned and operated, retains its own employees, makes its own choices on marketing (within brand guidelines), and is solely responsible for the day-to-day supervision and control of its business.

14.    UFG does not authorize independent franchisees or those franchisees' employees to hold themselves out as "Orangetheory" in communications with the public; instead, franchisees must identify themselves as operating a specific Orangetheory-brand studio.

15.    All UFG franchise agreements are subject to Florida law—none are subject to Arizona law.

16.    Consumers who enroll to take classes at an Orangetheory-branded fitness studio enter into a membership agreement with their specific local studio (i.e., Orangetheory Midtown Phoenix), and not with UFG or its affiliate OTF Franchisor, LLC.

17.    The telephone calls and texts alleged in the Amended Complaint to have been placed to Plaintiff from various Arizona area-code numbers between October 2021 and July 2024 were not placed by UFG, or placed on UFG's behalf, or at UFG's direction.

2

18.     Further, the telephone numbers listed in the Amended Complaint as those that contacted Plaintiff are not numbers owned or operated by UFG; instead, they are associated with two different franchisees operating various franchised studios in Arizona.

19.     UFG would not approve of any illegal telemarketing by franchisees; indeed, all franchisees are required by their contracts with UFG to comply with federal, state, and local laws applicable to their businesses.

20.     UFG is not aware of receiving any other complaints about calls or texts placed by these two franchisees, other than now becoming aware (well after the fact, through Plaintiff's Amended Complaint Here) of one complaint about texts filed in Texas against Austin Fitness in November 2024—which action appears from its docket to have been quickly dismissed, with no finding of liability.

21.     As I attested in my original declaration filed with UFG's initial Motion to Dismiss, UFG has never itself contacted Plaintiff's phone number or directed a third party to place text messages/calls to that Plaintiff's number, as that number never affirmatively opted-in for texts from UFG.

22.     The only phone number used by UFG to reach out via texts to consumers—and only to persons who have opted in for such texts via UFG's Orangetheory Fitness website—is a (561) Florida-based area code number that UFG has operated since September 2023 to send limited text messages.

23.     Plaintiff's number was never opted in to receive a text from UFG, and thus UFG never sent a text message from its (561) number to Plaintiff.  I am aware that this was explained to Plaintiffs' counsel months ago, and that Plaintiff does not claim to have received any texts from UFG's own Florida phone number.

24.     While Plaintiff "infers" that UFG took over an independently owned and operated franchisee's phone number, this is false.  UFG does not own or operate the Arizona area code 737-881-7727 telephone number from which Plaintiff to have received four text messages between November 23, 2023, and July 30, 2024.  Indeed, after

3

reviewing Plaintiff's FAC, I called that 737 number, and was connected to a voicemail box for "Tucson Central 2", which is not UFG.

25.    Finally, I understand that Plaintiff claims that UFG operates its franchisee's Facebook pages and tries to argue that UFG this controls its franchisee's marketing efforts. This is not accurate.

26.    To ensure brand consistency at launch, as a standard operational procedure, UFG creates the initial Facebook page for new Orangetheory-brand studios.  UFG then retains access within its Business Manager to perform administrative functions such as assisting in a transition during franchise ownership changes/transfers/sales.  Because these Orangetheory-brand studio pages are housed within our Business Manager, Facebook automatically defaults to annotating "Ultimate Fitness Group as responsible for the page". This annotation is a standard default setting by Facebook for businesses utilizing this common structure.

27.    However, beyond these administrative roles, UFG does not participate in the ongoing day-to-day management, organic posting, local marketing, or advertising activities of these pages. All local marketing efforts, including content creation, advertising decisions, and page management, remain fully under the franchisee's control and responsibility.

28.    I declare under penalty of perjury under the laws of the United States, Arizona, and Florida, that the foregoing is true and correct.

Executed on April 11, 2025, in Boca Raton, Florida.

By: _____

David Carney

4

CASE NO. CV-24-00568-TUC-RM (JR)

DECLARATION IN SUPPORT OF RULE 12(B)(2) MOTION TO DISMISS FAC